IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE SHAYA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-2670 |
| v. | : | |
| WARMINSTER TOWNSHIP, et al., | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 31st day of July, 2012, for the reasons set forth in the accompanying memorandum of law, it is hereby ORDERED that:

1. The Motion for Summary Judgment filed by Defendants Warminster Township, Warminster Township Police Department and Corporal Casey Byrne (Docket No. 22) is GRANTED;

2. Count One is DISMISSED with prejudice;

2. Counts Two and Four are STRICKEN from the Amended Complaint in light of Plaintiff's express withdrawal of those claims;[1]

3. Count Three is GRANTED without prejudice, as the Court declines to exercise supplemental jurisdiction over the supplemental state law claim; and

4. The Clerk shall mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II,  U.S.D.J.

---

[1] *See* Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 24) at 6.